■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHERMAN WALKER, Appellant. [62 NYS3d 265]—

Order, Supreme Court, New York County (A. Kirke Bartley,

Jr., J.), entered on or about September 3, 2014, which denied defendant's CPL 440.30 (1-a) motion for DNA testing, unanimously affirmed.

The record on appeal is insufficient to permit review of defendant's assertion that the People failed to disclose whether any DNA-testable biological material relating to the underlying 1991 robbery exists. In any event, even if such material exists, the court properly denied the motion because, given the facts of the case, there is no reasonable probability that DNA testing of fingerprint evidence recovered from the crime scene (which was matched to defendant's fingerprints) would have led to a verdict more favorable to defendant (*see People v Concepcion*, 104 AD3d 442 [1st Dept 2013], *lv denied* 21 NY3d 1003 [2013]; *People v Figueroa*, 36 AD3d 458, 459 [1st Dept 2007], *lv denied* 9 NY3d 843 [2007]). Concur—Manzanet-Daniels, J.P., Mazzarelli, Moskowitz, Kahn and Kern, JJ.